UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STAR E. KNIGHT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C11-1610-RSL-JPD

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall: (1) offer Plaintiff an opportunity for a hearing, where Plaintiff may present new arguments and further medical evidence, if such evidence becomes available; (2) reassess Plaintiff's severe impairments, including medical evidence regarding her carpal tunnel syndrome, fibromyalgia, and chronic back disorder; (3) reconsider the weight given

REPORT AND RECOMMENDATION
PAGE - 1

to the indication of no limitations in sitting, standing, or walking in the Physical Residual Functional Capacity (RFC) Assessment form completed by a single decision maker in light of opinions from treating physicians Kin Lui, M.D., and Clark O. Parrish, M.D., and examining physician Leonard Kolodychuk, M.D.; (4) evaluate and further develop the medical opinions of record as needed following reconsideration of the above evidence; (5) reevaluate Plaintiff's RFC as necessary; and (6) reevaluate Plaintiff's ability to perform her past relevant work or other work in light of Plaintiff's RFC.

Upon proper application, the Court will consider whether reasonable attorney's fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

A proposed order accompanies this Report and Recommendation.

DATED this 16th day of February, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge