```
 1
 2
 3
 4
 5
 6
 7                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
 8                                     AT SEATTLE

 9   STAR E. KNIGHT,                          Case No. C11-1610-RSL

10              Plaintiff,                    ORDER REVERSING AND REMANDING
                                              CASE FOR FURTHER ADMINISTRATIVE
11        v.                                  PROCEEDINGS

12   MICHAEL J. ASTRUE, Commissioner of
     Social Security,
13
                Defendant.
14
```

15      The Court, after careful consideration of the plaintiff's complaint, the Report and

16 Recommendation of the Honorable James P. Donohue, and the balance of the record, does

17 hereby find and ORDER:

18      (1)   The Court adopts the Report and Recommendation.

19      (2)   The final decision of the Commissioner is REVERSED and the case is

20 REMANDED to the Social Security Administration for further administrative proceedings

21 consistent with the Report and Recommendation.

22 //

23 //

24 //

ORDER
PAGE - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 22nd day of February, 2012.

*[signature: M S Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER
PAGE - 2